# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN DEWAYNE BREWER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:25-cv-820-ACA-GMB |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On December 30, 2025, the magistrate judge entered a report recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A. (Doc. 14). Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days and of the consequences of a failure to object (*id.* at 5–6), the court has not received any objections.[1]

Mr. Brewer's failure to file specific objections waives any challenge to the proposed findings and recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

---

[1] On January 2, 2026, the court received a letter from Plaintiff Stephen Dewayne Brewer (Doc. 15). Mr. Brewer dated his filing December 21, 2025, before the entry of the December 30, 2025 report and recommendation. (Doc. 15 at 1). Therefore, the court does not construe his filing as objections to the report and recommendation. But construing the letter as objections would not change the result in any event.

The court **WILL DISMISS** this action **WITHOUT PREJUDICE** because Mr. Brewer's claims are not cognizable in a 42 U.S.C. § 1983 action.

The court will enter a separate final order.

**DONE** and **ORDERED** this January 26, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE