UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN DEWAYNE BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:25-cv-820-ACA-GMB |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

On December 30, 2025, the magistrate judge entered a report recommending that the court dismiss this action without prejudice under 28 U.S.C. § 1915A for failing to state a claim upon which relief can be granted. (Doc. 14). The magistrate judge advised Plaintiff Stephen Dewayne Brewer of his right to file written objections within fourteen days. (*Id.* at 5–6). Twenty-seven days later, having received no objections, the court adopted the magistrate judge's report, accepted his recommendation, and dismissed this action without prejudice. (Docs. 16, 17).

On February 2, 2026, the court received Brewer's objections, which he dated before the deadline to file objections. (Doc. 18 at 1). The court considers them timely. *See Houston v. Lack*, 487 U.S. 266, 270–72 (1988) (describing the prison mailbox rule). Accordingly, the court **VACATES** its memorandum opinion and final

order entered on January 26, 2026 and will consider the report and recommendation in light of Mr. Brewer's timely objections. (Docs. 16, 17).

The magistrate judge recommended dismissing this case as barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1989) because his claims attack the validity of his criminal conviction, but he had not shown that the conviction has been reversed, expunged, or declared invalid. (Doc. 14 at 4–5). Mr. Brewer's objections do not address that recommendation, but instead reiterate his challenges to his conviction. (Doc. 18). Accordingly, the court **OVERRULES** the objections. The court **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 11, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE